CENTRAL STATIONS SIGNALS, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 128, Docket 21105.

United States Court of Appeals
Second Circuit.

May 19, 1949.

Edwin Stephen Schweig, New York City, for petitioner.

Theron L. Caudle, Harry Marselli, Washington, D. C., for respondent.

Before L. HAND, Chief Judge, and SWAN and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed upon opinion below, 10 Tax Court 1015.

CLEANERS SPECIALTIES, Inc., Appellant, v. William M. CISSELL.

No. 13924.

United States Court of Appeals
Eighth Circuit.

April 12, 1949.

Thomas E. Scofield, Kansas City, Mo., for appellant.

H. A. Toulmin, Jr., C. E. Crafts, Dayton, Ohio, and Charles E. Whittaker, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 81 F.Supp. 71, dismissed, on motion of appellant.

James William DICKEY, Appellant, v. UNITED STATES of America, Appellee.

No. 12575.

United States Court of Appeals
Fifth Circuit.

May 30, 1949.

Wesley R. Asinof, Atlanta, Ga., for appellant.

J. Ellis Mundy, U. S. Atty., and Lamar N. Smith, and F. Douglas King, Asst. U. S. Attys., Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The evidence, circumstantial and direct, authorized the jury to conclude that the package which contained what proved on analysis to be heroin hydrochloride was the same as that found in the coat pocket of appellant, and that he knowingly concealed and transported it.

Affirmed.